Alyson A. Berg, #184795  
Frances E. Rogers #227973  
WILKINS, DROLSHAGEN & CZESHINSKI LLP  
7050 N. Fresno Street, Suite 204  
Fresno, CA 93720  
Telephone: (559) 438-2390  
Facsimile: (559) 438-2393  

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Plaintiff, WESTSIDE FINANCE, LLC.  
formerly dba GOLD COAST PISTACHIOS, LLC., a  
California Company

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTSIDE FINANCE, LLC formerly dba GOLD COAST PISTACHIOS, LLC, a California Company,<br><br>Plaintiff,<br><br>v.<br><br>ROADWAY EXPRESS, INC., a Delaware Corporation ALTO SYSTEMS, INC., a California Corporation  ALTO FREIGHT MANAGEMENT, INC., a California Corporation, and DOES 1 to 50 inclusive,<br><br>Defendants. | CASE NO.  1:05-CV-01226-OWW-DLB<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 16-271** |

Pursuant to Local Rule 16-271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

Dated:  January 20, 2006.        WILKINS, DROLSHAGEN & CZESHINSKI LLP


By   /s/ Alyson A. Berg  
      Alyson A. Berg  
Attorneys for Plaintiff WESTSIDE FINANCE LLC formerly dba GOLD COAST PISTACHIOS LLC, a California company

/ / / /

/ / /

---

Stipulation and Order to Elect Referral of Action to  
Voluntary Dispute Resolution Program (VDRP)

Dated:   January 25, 2006        .        SELVIN, WRAITH, HALMAN  LLP


By      /s/ Elizabeth A. Doyle
     Elizabeth A. Doyle
Attorneys for Defendants ALTO SYSTEMS, INC.
and ALTO FREIGHT MANAGEMENT, INC,


Dated:   January 24, 2006.        SCOPELITIS, GARVIN, LIGHT & HANSON, LLP


By      /s/ Kathleen C. Jeffries
     Kathleen C. Jeffries
Attorneys for Defendant ROADWAY EXPRESS, INC.


    IT IS SO ORDERED.

Dated: January _31_, 2006.        /S/ OLIVER W. WANGER
_____
UNITED STATES DISTRICT COURT JUDGE

G:\docs\GLucas\Orders To Be Signed\05cv1226.stip.wpd

WILLKINS,
DROLSHAGEN &
CZESHINSKI LLP
7050 N. Fresno Street,
Suite 204
Fresno, CA 93720

Stipulation and Order to Elect Referral of Action to
Voluntary Dispute Resolution Program (VDRP)

- 2 -