1 | Alyson A. Berg, #184795                    (SPACE BELOW FOR FILING STAMP ONLY)
Frances E. Rogers #227973
2 | WILKINS, DROLSHAGEN & CZESHINSKI LLP
7050 N. Fresno Street, Suite 204
3 | Fresno, CA 93720
Telephone: (559) 438-2390
4 | Facsimile: (559) 438-2393

5 | Attorneys for Plaintiff, WESTSIDE FINANCE, LLC.
formerly dba GOLD COAST PISTACHIOS, LLC., a
6 | California Company

7

8 |                     **UNITED STATES DISTRICT COURT**

9 |                   **EASTERN DISTRICT OF CALIFORNIA**

10 | WESTSIDE FINANCE, LLC formerly dba        CASE NO.  1:05-CV-01226-OWW-DLB
GOLD COAST PISTACHIOS, LLC, a
11 | California Company,
                                            **STIPULATION AND ORDER**
12 |                Plaintiff,                **AMENDING SCHEDULING ORDER**

13 |        v.

14 | ROADWAY EXPRESS, INC., a Delaware
Corporation ALTO SYSTEMS, INC., a
15 | California Corporation  ALTO FREIGHT
MANAGEMENT, INC., a California
16 | Corporation, and DOES 1 to 50 inclusive,

17 |                Defendants.

18 |

19 |        The parties submitted a Joint Scheduling Report identifying the date for the

20 | conclusion of expert depositions of September 1, 2006. (Docket No. 13)  This date, however, was

21 | inadvertently omitted from the Joint Scheduling Conference Order.  Thus, it is hereby agreed to by

22 | the parties and the court that good cause is established to amend the Scheduling Order to reflect that

23 | the expert discovery is to be completed by September 1, 2006.

24 | Dated:  February 7, 2006.          WILKINS, DROLSHAGEN & CZESHINSKI LLP

25

26

27 |                                    By ___/s/ Alyson A. Berg_____
                                         Alyson A. Berg
28 |                                    Attorneys for Plaintiff WESTSIDE FINANCE LLC
                                     formerly dba GOLD COAST PISTACHIOS LLC, a
                                     California company

WILKINS,
DROLSHAGEN &
CZESHINSKI LLP
7050 N. Fresno Street,
Suite 204
Fresno, CA 93720

Stipulation And Order Amending Scheduling Order

1  Dated:   February 7, 2006.                    SCOPELITIS, GARVIN, LIGHT & HANSON, LLP

2

3
                                                By ____/s/ Kathleen C. Jeffries_____
4                                                       Kathleen C. Jeffries
                                                Attorneys for Defendant ROADWAY EXPRESS,
5                                               INC.

6

7  Dated:   February 10, 2006.                   SELVIN, WRAITH, HALMAN LLP

8

9
                                                By ____/s/ Elizabeth A. Doyle_____
10                                                      Elizabeth A. Doyle
                                                Attorneys for Defendants ALTO SYSTEMS, INC.
11                                              and ALTO FREIGHT MANAGEMENT, INC.

12

13  IT IS SO ORDERED.

14  Dated:   ___February 13_____, 2006.

15
                                                /s/ OLIVER W. WANGER
16                                                  Honorable Oliver W. Wanger

17

18

19

20

21  G:\docs\GLucas\Orders To Be Signed\05cv1226.stip.wpd

22

23

24

25

26

27

28

WILKINS,
DROLSHAGEN &
CZESHINSKI LLP
7050 N. Fresno Street,
Suite 204
Fresno, CA 93720

Stipulation And Order Amending Scheduling Order