Alyson A. Berg, #184795
Frances E. Rogers #227973
WILKINS, DROLSHAGEN & CZESHINSKI LLP
7050 N. Fresno Street, Suite 204
Fresno, CA 93720
Telephone: (559) 438-2390
Facsimile: (559) 438-2393

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Plaintiff, WESTSIDE FINANCE, LLC.
formerly dba GOLD COAST PISTACHIOS, LLC., a
California Company

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTSIDE FINANCE, LLC formerly dba GOLD COAST PISTACHIOS, LLC, a California Company, | CASE NO.  1:05-CV-01226-OWW-DLB |
| Plaintiff, | **STIPULATION AND ORDER AMENDING SCHEDULING ORDER** |
| v. | |
| ROADWAY EXPRESS, INC., a Delaware Corporation ALTO SYSTEMS, INC., a California Corporation  ALTO FREIGHT MANAGEMENT, INC., a California Corporation, and DOES 1 to 50 inclusive, | |
| Defendants. | |

The parties submitted a Joint Scheduling Report identifying the date for the conclusion of expert depositions of September 1, 2006. (Docket No. 13)  This date, however, was inadvertently omitted from the Joint Scheduling Conference Order.  Thus, it is hereby agreed to by the parties and the court that good cause is established to amend the Scheduling Order to reflect that the expert discovery is to be completed by September 1, 2006.

Dated:  February 7, 2006.                  WILKINS, DROLSHAGEN & CZESHINSKI LLP

By ____/s/ Alyson A. Berg_____
        Alyson A. Berg
Attorneys for Plaintiff WESTSIDE FINANCE LLC
formerly dba GOLD COAST PISTACHIOS LLC, a
California company

WILKINS,
DROLSHAGEN &
CZESHINSKI LLP
7050 N. Fresno Street,
Suite 204
Fresno, CA 93720

Stipulation And Order Amending Scheduling Order

1  Dated:   February 7, 2006.              SCOPELITIS, GARVIN, LIGHT & HANSON, LLP

2

3
                                          By ___/s/ Kathleen C. Jeffries_____
4                                                 Kathleen C. Jeffries
                                          Attorneys for Defendant ROADWAY EXPRESS,
5                                         INC.

6

7  Dated:   February 10, 2006.            SELVIN, WRAITH, HALMAN LLP

8

9
                                          By ___/s/ Elizabeth A. Doyle_____
10                                                Elizabeth A. Doyle
                                          Attorneys for Defendants ALTO SYSTEMS, INC.
11                                        and ALTO FREIGHT MANAGEMENT, INC.

12

13  IT IS SO ORDERED.

14  Dated:   ___February 13_____, 2006.

15
                                          /s/ OLIVER W. WANGER
16                                           Honorable Oliver W. Wanger

17

18

19

20

21  G:\docs\GLucas\Orders To Be Signed\05cv1226.stip.wpd

22

23

24

25

26

27

28

WILKINS,
DROLSHAGEN &
CZESHINSKI LLP
7050 N. Fresno Street,
Suite 204
Fresno, CA 93720

                                          - 2 -
Stipulation And Order Amending Scheduling Order