Alyson A. Berg, #184795  (SPACE BELOW FOR FILING STAMP ONLY)
Frances E. Rogers #227973
WILKINS, DROLSHAGEN & CZESHINSKI LLP
7050 N. Fresno Street, Suite 204
Fresno, CA 93720
Telephone: (559) 438-2390
Facsimile: (559) 438-2393

Attorneys for Plaintiff, WESTSIDE FINANCE, LLC.
formerly dba GOLD COAST PISTACHIOS, LLC., a
California Company

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTSIDE FINANCE, LLC formerly dba GOLD COAST PISTACHIOS, LLC, a California Company,<br><br>Plaintiff,<br><br>v.<br><br>ROADWAY EXPRESS, INC., a Delaware Corporation ALTO SYSTEMS, INC., a California Corporation  ALTO FREIGHT MANAGEMENT, INC., a California Corporation, and DOES 1 to 50 inclusive,<br><br>Defendants. | CASE NO.  1:05-CV-01226-OWW-DLB<br><br>**STIPULATION AND ORDER VACATING EARLY NEUTRAL EVALUATION SESSION AND SETTING SETTLEMENT CONFERENCE** |

   Whereas the parties jointly agreed to participate in the voluntary dispute resolution program for which a Early Neutral Evaluation Session was scheduled for March 13, 2006 and the parties have now agreed to participate in a Settlement Conference before the Honorable Magistrate Judge Dennis L. Beck on April 20, 2006, the parties request that the Early Neutral Evaluation Session Conference for March 13, 2006 be vacated and that a Settlement Conference be scheduled for April 20, 2006 at 1:30 p.m. before the Honorable Dennis L. Beck.

Dated:  February 24, 2006.          WILKINS, DROLSHAGEN & CZESHINSKI LLP


                                    By ____/s/_____
                                         Alyson A. Berg
                                    Attorneys for Plaintiff WESTSIDE FINANCE LLC
                                    formerly dba GOLD COAST PISTACHIOS LLC, a
                                    California company

WILKINS,
DROLSHAGEN &
CZESHINSKI LLP
7050 N. Fresno Street,
Suite 204
Fresno, CA 93720

Stipulation And Order Vacating Early Neutral Evaluation Session

| | | |
|---|---|---|
| 1 | Dated:  February 24, 2006. | SCOPELITIS, GARVIN, LIGHT & HANSON, LLP |

By _____/s/_____
Kathleen C. Jeffries
Attorneys for Defendant ROADWAY EXPRESS, INC.

Dated:  February 24, 2006.        SELVIN, WRAITH, HALMAN LLP

By _____/s/_____
Elizabeth A. Doyle
Attorneys for Defendants ALTO SYSTEMS, INC. and ALTO FREIGHT MANAGEMENT, INC.

IT IS SO ORDERED.

**Dated:     February 27, 2006**            **/s/ Dennis L. Beck**
3b142a                                                   UNITED STATES MAGISTRATE JUDGE

WILKINS,
DROLSHAGEN &
CZESHINSKI LLP
7050 N. Fresno Street,
Suite 204
Fresno, CA 93720

- 2 -

Stipulation And Order Vacating Early Neutral Evaluation Session