Kathleen C. Jeffries (State Bar #110362)
SCOPELITIS, GARVIN, LIGHT & HANSON, LLP
790 East Colorado Boulevard, 9th Floor
Pasadena, California 91101
Telephone: (626) 795-4700
Facsimile: (626) 795-4790

Attorneys for Defendant
ROADWAY EXPRESS, INC.

FILED

JUN 27 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
          DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTSIDE FINANCE, LLC formerly dba GOLD COAST PISTACHIOS, LLC., a California Company,<br><br>                    Plaintiff,<br><br>      v.<br><br>ROADWAY EXPRESS, INC., a Delaware Corporation ALTO SYSTEMS, INC., a California Corporation ALTO FREIGHT MANAGEMENT, INC., a California Corporation, and DOES 1 to 50, inclusive,<br><br>                    Defendants.<br><br>And Related Third Party Complaint and Cross-Claim. | Case No. 1:05-CV-01226 OWW DLB<br><br>STIPULATION RE DISMISSAL AND ORDER THEREON |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto, plaintiff WESTSIDE FINANCE, LLC formerly dba GOLD COAST PISTACHIOS, LLC and defendants ROADWAY EXPRESS, INC., ALTO SYSTEMS, INC. and ALTO FREIGHT MANAGEMENT, INC., through their respective counsel of

1

STIPULATION RE DISMISSAL AND ORDER THEREON

1  record, that a settlement agreement has been reached by and between said parties; that
2  the terms of said settlement agreement have been satisfied; and that the complaint may
3  now be dismissed with prejudice, that the third party complaint of ROADWAY
4  EXPRESS, INC. and the cross-claim of ALTO SYSTEMS, INC. and ALTO FREIGHT
5  MANAGEMENT, INC. may now be dismissed without prejudice, and that each party is
6  to bear its own costs of litigation.

8  Dated: June 19, 2006                    WILKINS, DROLSHAGEN & CZESHINSKI LLP

9                                          By:   /s/ Alyson A. Berg
                                                 Alyson A. Berg
10                                               Attorneys for Plaintiff
                                                 WESTSIDE FINANCE, LLC
11                                               FORMERLY dba GOLD COAST
                                                 PISTACHIOS, LLC

13 Dated:  May 12, 2006                    SCOPELITIS, GARVIN, LIGHT & HANSON, LLP

15                                         By:   /s/ Kathleen C. Jeffries
                                                 Kathleen C. Jeffries
16                                               Attorneys for Defendant
                                                 ROADWAY EXPRESS, INC.

18 Dated:  June 8, 2006                    SELVIN, WRAITH, HALMAN LLP

20                                         By:   /s/ Elizabeth A. Doyle
                                                 Elizabeth A. Doyle
21                                               Attorneys for Defendants
                                                 ALTO SYSTEMS, INC. and
22                                               ALTO FREIGHT MANAGEMENT,
                                                 INC.

25                                         ORDER

26      IT IS HEREBY ORDERED that the complaint on file herein is dismissed
27 with prejudice, that the third party complaint of ROADWAY EXPRESS, INC. and the
28

2

1  cross-claim of ALTO SYSTEMS, INC. and ALTO FREIGHT MANAGEMENT, INC. on
2  file herein are dismissed without prejudice and that each party is to bear its own costs
3  of litigation.

Dated: _____6-23_____, 2006  _____/s/_____
                              Judge, United States District Court